*Potelco, Inc., Petitioner, v. Dep't of Labor & Indus., Respondent*, No. 92998-0. Petition for review of a decision of the Court of Appeals, No. 73735-0-I, March 7, 2016, 192 Wn. App. 1065. *Denied* August 3, 2016.

*Rietema, Respondent, v. Phillips, Petitioner*, No. 92956-4. Petition for review of a decision of the Court of Appeals, Nos. 46884-1-II and 47110-8-II, March 9, 2016. *Denied* August 3, 2016.